IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 2:07CR2(1) |
| | § | |
| EDDIE BLACKNELL | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
FINDING DEFENDANT GUILTY**

On this day, the court considered the Findings of Fact and Recommendation of United States

Magistrate Judge Chad Everingham regarding the defendant's plea of guilty and allocution of the

defendant on an indictment charging the defendant in Count 1 with a violation of 21 U.S.C. § 846,

Conspiracy to Possess with Intent to Distribute and Distribution of at least 150 grams but less than

500 grams of a mixture or substance containing a detectable amount of cocaine base, also known as

crack cocaine.  Having conducted a proceeding in the form and manner prescribed by Fed. R. Crim.

P. 11, the Magistrate Judge recommends that the court accept the guilty plea of the defendant.  No

objections were filed to the Findings of Fact and Recommendation.  The court is of the opinion that

the Findings of Fact and Recommendation should be accepted.

It is accordingly ORDERED that the Findings of Fact and Recommendation of the United

States Magistrate Judge, filed August 24, 2007, are hereby ADOPTED.

It is further ORDERED that, pursuant to defendant's plea agreement, the court finds

defendant GUILTY of Count 1of the Indictment in the above-numbered cause.

SIGNED this 14th day of September, 2007.

_T. John Ward_

T. JOHN WARD
UNITED STATES DISTRICT JUDGE